UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 2 8 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 4:13CR00118HEA |
| NATHANIEL JONES, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

On or about October 15, 2012, in Saint Louis City, Missouri, in the Eastern District of Missouri, the defendant,

**NATHANIEL JONES**

voluntarily and intentionally did forcibly assault, resist, oppose and interfere with JTP, a Registered Nurse employed by the Department of Veteran Affairs, while the Registered Nurse was engaged in and on account of the performance of official duties.

In violation of Title 18, United States Code, Section 111(a)(1), and punishable under Title 18 United States Code, Section 111(b) because the defendant inflicted bodily injury in the commission of the assault.

### COUNT TWO

The Grand Jury further charges that:

On or about October 15, 2012, in Saint Louis City, Missouri, in the Eastern District of Missouri, the defendant,

**NATHANIEL JONES**

voluntarily and intentionally did forcibly assault, resist, oppose and interfere with AMB, a Registered Nurse employed by the Department of Veteran Affairs, while the Registered Nurse was engaged in and on account of the performance of official duties.

In violation of Title 18, United States Code, Section 111(a)(1), and punishable under Title 18 United States Code, Section 111(a).

## COUNT THREE

The Grand Jury further charges that:

On or about October 15, 2012, in Saint Louis City, Missouri, in the Eastern District of Missouri, the defendant,

## NATHANIEL JONES

voluntarily and intentionally did forcibly assault, resist, oppose and interfere with RGS, a Police Officer employed by the Department of Veteran Affairs, while the Police Officer was engaged in and on account of the performance of official duties.

In violation of Title 18, United States Code, Section 111(a)(1), and punishable under Title 18 United States Code, Section 111(b) because the defendant inflicted bodily injury in the commission of the assault.

## COUNT FOUR

The Grand Jury further charges that:

On or about October 15, 2012, in Saint Louis City, Missouri, in the Eastern District of Missouri, the defendant,

## NATHANIEL JONES

voluntarily and intentionally did forcibly assault, resist, oppose and interfere with JW, a Police Officer employed by the Department of Veteran Affairs, while the Police Officer was engaged in and on account of the performance of official duties.

In violation of Title 18, United States Code, Section 111(a)(1), and punishable under Title 18 United States Code, Section 111(b) because the defendant inflicted bodily injury in the commission of the assault.

## COUNT FIVE
## SIMPLE ASSAULT (MISDEMEANOR)

The Grand Jury further charges that:

On or about October 20, 2012, in Saint Louis County, Missouri, in the Eastern District of Missouri, the defendant,

**NATHANIEL JONES**

voluntarily and intentionally did forcibly oppose and interfere with GS, a LPN Nurse employed by the Department of Veteran Affairs, while the LPN Nurse was engaged in and on account of the performance of official duties.

In violation of Title 18, United States Code, Section 111(a)(1), and punishable under Title 18 United States Code, Section 111 as a Simple Assault.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
RAYMOND M. MEYER, #34584MO
Assistant United States Attorney