UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CR118HEA(SPM) |
| ) | |
| NATHANIEL JONES, ) | |
| ) | |
| Defendant. ) | |

# ORDER

There shall be a Competency Hearing in the above-captioned criminal case on

**Wednesday, October 16, 2013 at 10:15 A.M.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　/s/Shirley Padmore Mensah
　　　　　　　　　　　　　　　　　　　**SHIRLEY PADMORE MENSAH**
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**


Dated this   9th    day of October, 2013.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CR118HEA(SPM) |
| ) | |
| NATHANIEL JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

There shall be a Competency Hearing in the above-captioned criminal case on **Wednesday, October 16, 2013 at 10:15 A.M.**

IT IS SO ORDERED.

/s/Shirley Padmore Mensah
**SHIRLEY PADMORE MENSAH**
**UNITED STATES MAGISTRATE JUDGE**

Dated this __9th__ day of October, 2013.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CR118HEA(SPM) |
| ) | |
| NATHANIEL JONES, ) | |
| ) | |
| Defendant. ) | |

# ORDER

There shall be a Competency Hearing in the above-captioned criminal case on **Wednesday, October 16, 2013 at 10:15 A.M.**

IT IS SO ORDERED.

/s/Shirley Padmore Mensah
**SHIRLEY PADMORE MENSAH**
**UNITED STATES MAGISTRATE JUDGE**

Dated this   9th   day of October, 2013.